**Order entered September 13, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00302-CV

**ASHRAF ABDELMONEIM MAHMOUD, Appellant**

**V.**

**VALERIE GARCIA JACKSON, Appellee**

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-13398**

## ORDER

Before the Court is appellee's September 10, 2021 unopposed motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **October 11, 2021**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE